1 | WILLIAM L. BOWEN, SBN 229938
BOWEN & NGUYEN, LLP
2 | 2540 Douglas Blvd., Suite 200
Roseville, CA 95661
3 | Telephone: 916.742.2220
Facsimile: 916.288.9858
4 | Bill@BowenNguyen.com

5 | Attorneys for Plaintiff SHANNON COUSINS KAMARA

6 | MICHAEL G. PEDHIRNEY, Bar No. 233164
LITTLER MENDELSON, P.C.
7 | 333 Bush Street, 34th Floor
San Francisco, CA 94104
8 | Telephone: 415.433.1940
mpedhirney@littler.com

9 | JOHN H. ADAMS, JR., Bar No. 253341
10 | LITTLER MENDELSON, P.C.
500 Capitol Mall
11 | Suite 2000
Sacramento, CA 95814
12 | Telephone: 916.830.7200
jhadams@littler.com

13 |
Attorneys for Defendant
14 | ADAMS & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON COUSINS KAMARA,<br><br>  Plaintiff,<br><br>  v.<br><br>ADAMS & ASSOCIATES, INC.,<br><br>  Defendant. | Case No. 2:16-cv-02300-TLN-KJN<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE NON-EXPERT DISCOVERY CUTOFF** |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

JOINT STIP & ORDER TO CONTINUE NON-EXPERT DISCOVERY CUTOFF

Case No. 2:16-cv-02300-TLN-KJN

Plaintiff Shannon Cousins Kamara ("Plaintiff") and Defendant Adams & Associates, Inc. ("Defendant") (collectively, Plaintiff and Defendant are referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate to extend the September 27, 2019, non-expert discovery cutoff by 60 days, until November 26, 2019. In support of this stipulation, the parties offer the following:

1. The Parties are engaged in settlement discussions and believe that additional time to complete written discovery and depositions will aid their attempts to resolve this matter without further litigation. The Parties wish to put on hold certain items of discovery while they engage in a good-faith attempt at reaching settlement, and additional time to complete discovery should the matter not resolve will aid the Parties in engaging in meaningful settlement discussions.

2. The extension of the non-expert discovery cutoff will not affect any other deadlines, including the deadline to disclose expert witnesses and for hearing on dispositive motions.

**THEREFORE**, subject to the approval of this Court, it is hereby stipulated and agreed that the cutoff for non-expert discovery be extended by 60 days, making the new deadline November 26, 2019.

**IT IS SO STIPULATED.**

Dated: September 23, 2019

*/s/ William L. Bowen (as authorized on 9/23/19*
WILLIAM L. BOWEN
BOWEN & NGUYEN, LLP
Attorneys for Plaintiff
SHANNON COUSINS KAMARA

Dated: September 23, 2019

*/s/ John H. Adams, Jr.*
MICHAEL G. PEDHIRNEY
JOHN H. ADAMS, JR.
LITTLER MENDELSON, P.C.
Attorneys for Defendant
ADAMS & ASSOCIATES, INC.

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

JOINT STIP & ORDER TO CONTINUE NON-EXPERT DISCOVERY CUTOFF

Case No. 2:16-cv-02300-TLN-KJN

**IT IS SO ORDERED.**

Dated: September 24, 2019

Troy L. Nunley
United States District Judge

JOINT STIP & ORDER TO CONTINUE NON-EXPERT DISCOVERY CUTOFF   2.   Case No. 2:16-cv-02300-TLN-KJN

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200